AO 91 (Rev. 01/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

United States of America
v.
Ortega-Rivera  GJF 4/25/25
Felipe ~~RIVERA-Ortega~~

Case No: 25-864 MJ

Defendant(s)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date of <u>April 22, 2025</u> in the county of <u>Dona Ana</u> in the <u>State and</u> District of <u>New Mexico</u>, the defendant violated <u>8 U.S.C. §1326(a)(1),(2)(Re-Entry After Deport)</u>, an offense described as follows:

an alien, who had been previously arrested and deported from the United States and who had not received the consent of the appropriate authority of the United States to reapply for admission into the United States, was found in the United States, being willfully in the United States unlawfully

This criminal complaint is based on these facts:
On April 22, 2025, a United States Border Patrol Agent encountered the Defendant in Dona Ana, New Mexico. When questioned as to his citizenship the Defendant admitted to being a citizen of Mexico without authorization to enter or remain in the United States. Record checks revealed that the Defendant had been previously deported to Mexico via El Paso, Texas on or about February 16, 2024. There is no evidence that the Defendant received permission from the appropriate Authority to reapply for admission into the United States.

☐ Continued on the attached sheet.

_Complainant's signature_

Daniel Calzada, Agent
_Printed name and title_

Sworn to before me ~~and signed in my presence.~~ VIA PHONE

Date: April 25, 2025

City and state: Las Cruces, N.M.

_Judge's signature_

Gregory J. Fouratt, U.S. Magistrate Judge
_Printed name and title_